THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Bobby 
 McKnight Appellant.
 
 
 

Appeal From Lexington County
Kenneth G. Goode, Circuit Court Judge
Unpublished Opinion No. 2007-UP-472
Submitted October 1, 2007  Filed October
 11, 2007    
APPEAL DISMISSED

 
 
 
 Assistant
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Donald V. Myers, of Lexington, for
 Respondent.
 
 
 

PER
 CURIAM:  Bobby McKnight appeals his guilty plea and sentence of
 four years imprisonment for drug for breaking into a motor vehicle and
 possession of burglary tools, arguing the trial court failed to comply with the
 mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969), in
 accepting his plea. After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] McKnights appeal and grant counsels motion to be relieved. 
 
APPEAL DISMISSED.
HEARN, C.J., KITTREDGE and CURETON, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.